IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

STEPHANIE STAHL,

    Plaintiff,                              CASE NO. 2:17-cv-00130

vs.

CAPITAL ONE FINANCIAL CORP.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

    Plaintiff Stephanie Stahl and Defendant Capital One Financial Corp., notify this Court that Plaintiff and Capital One have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

    Respectfully submitted the 27 day of April, 2018.

                                              By: *s/ Wesley Blacksher*
                                              Wesley Blacksher
                                              Attorney for Plaintiff
                                              Stephanie Stahl

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 28 day of April, 2018, I caused a copy of the foregoing NOTICE OF SETTLEMENT to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to the following:

Joshua Howard Threadcraft
Burr & Forman LLP – Birmingham
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Joshua.threadcraft@burr.com

By: *s/ Wesley Blacksher*
Wesley Blacksher
Attorney for Plaintiff
Stephanie Stahl