# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN (HATTIESBURG) DIVISION

| | |
|---|---|
| STEPHANIE STAHL, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:17-cv-00130-KS-MTP |
| CAPITAL ONE BANK (USA), N.A. | ) |
| Defendant. | ) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE the parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own expenses, attorney's fees and costs.

Dated: May 7, 2018

Respectfully submitted,

| STEPHANIE STAHL | CAPITAL ONE BANK (USA), N.A. |
|---|---|
| By: /s/ Wesley H. Blacksher | By: /s/ Joshua H. Threadcraft |
| Wesley H. Blacksher, Esq. | Joshua Howard Threadcraft, Esq |
| MS Bar No. 103026 | Bar No. 100495 |
| Wesley H. Blacksher, LLC | Burr & Forman, LLP |
| 3763 Professional Parkway | 420 North 20th St., Ste. 3400 |
| Mobile, AL 36609 | Birmingham, AL 35203 |
| T: (251) 432-1010 | T: (205) 251-3000 |
| F: (251) 343-2344 | F: (205) 413-8701 |
| E: blacksherw@aol.com | E: joshua.threadcraft@burr.com |

I, Wesley Blacksher, hereby certify that the content of this Joint Stipulation for Dismissal Case is acceptable to the parties whose signatures appear above, and that said parties authorize Counsel to affix their CM/ECF electronic signature to the this document.

DATED: May 8, 2018

By: /s/ Wesley H. Blacksher
Wesley H. Blacksher
Attorneys for Plaintiff